UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NORBERTO MALDONADO,

    Plaintiff,

- against -

MILGO BUFKIN CO.,

    Defendant.
-----------------------------------------------------------x

ORDER

08 CV 2847 (NG)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 5 2009 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

Pursuant to the unopposed Report and Recommendation of Magistrate Judge Lois J. Bloom, dated January 15, 2009, this action is dismissed pursuant to Rules 16(f) and 37(b)(2)(A)(v). After plaintiff failed to appear at a conference scheduled for November 25, 2008, Judge Bloom ordered plaintiff to appear at a conference scheduled January 12, 2009. In contravention of court order, plaintiff failed to appear at the January 12th conference. Therefore, the court adopts Judge Bloom's recommendation that his action be dismissed for failure to appear. The Clerk of Court is directed to close this case.

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
    March 12, 2009